

ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

Defendant: **Micro Quality Labs, LLC**
Bankruptcy Case: **HRB Winddown, Inc.**
Preference Period: **Sep 19, 2019 - Dec 18, 2019**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081051 | $3,000.00 | 11/14/2019 | 339882 | 10/8/2019 | $700.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080541 | $2,100.00 | 10/10/2019 | 335881 | 8/30/2019 | $700.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080541 | $2,100.00 | 10/10/2019 | 335883 | 8/30/2019 | $700.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080541 | $2,100.00 | 10/10/2019 | 335886 | 8/30/2019 | $700.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080630 | $1,190.00 | 10/17/2019 | 336895 | 9/10/2019 | $120.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080630 | $1,190.00 | 10/17/2019 | 336956 | 9/11/2019 | $720.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080630 | $1,190.00 | 10/17/2019 | 337411 | 9/13/2019 | $350.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081051 | $3,000.00 | 11/14/2019 | 338975 | 9/27/2019 | $900.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080355 | $120.00 | 9/26/2019 | 334907 | 8/22/2019 | $120.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081051 | $3,000.00 | 11/14/2019 | 339871 | 10/8/2019 | $700.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081416 | $600.00 | 12/12/2019 | 343195 | 11/7/2019 | $600.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081095 | $1,200.00 | 11/21/2019 | 340890 | 10/17/2019 | $500.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081095 | $1,200.00 | 11/21/2019 | 340896 | 10/17/2019 | $350.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081095 | $1,200.00 | 11/21/2019 | 340902 | 10/17/2019 | $350.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081143W | $2,360.00 | 11/26/2019 | 341091 | 10/21/2019 | $960.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081143W | $2,360.00 | 11/26/2019 | 341771 | 10/24/2019 | $700.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081143W | $2,360.00 | 11/26/2019 | 341772 | 10/24/2019 | $700.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081332 | $1,050.00 | 12/5/2019 | 342298 | 10/30/2019 | $700.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081332 | $1,050.00 | 12/5/2019 | 342340 | 10/30/2019 | $350.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081051 | $3,000.00 | 11/14/2019 | 339870 | 10/8/2019 | $700.00 |

**Totals:** **8 transfer(s), $11,620.00**